NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: stephan.collins@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:03-cr-00171-JKS |
| ) | |
| Plaintiff, ) | |
| ) | STATUS REPORT PURSUANT TO |
| vs. ) | COURT'S ORDER |
| ) | |
| REYES et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

COMES NOW the United States of Attorney's Office, by and through

counsel, pursuant to the court's order hereby reports that this action is not

resolved and Deborah Louise Bell, Juan Parra, and Javier Visuena-Ceja remain

fugitives.  Accordingly, the warrants of arrest should remain outstanding.

   RESPECTFULLY SUBMITTED this 31st day of July 2007, in Anchorage, Alaska.

            NELSON P. COHEN
            United States Attorney


            <u>s/ Stephan A. Collins</u>
            STEPHAN A. COLLINS
            Assistant U.S. Attorney
            Federal Building & U.S. Courthouse
            222 West Seventh Avenue, #9
            Anchorage, Alaska  99513-7567
            Phone: (907) 271-5071
            Fax: (907) 271-1500
            email: stephan.collins@usdoj.gov