IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEBORAH L. BELL<br><br>Defendant. | Case No. 3:03-cr-0171-17-JKS-JDR<br><br>**[PROPOSED] ORDER TO DISMISS INDICTMENT** |

Having considered the government's Motion to Dismiss Indictment, IT IS HEREBY ORDERED that the government's motion is GRANTED. The above-captioned indictment is dismissed without prejudice.

IT IS SO ORDERED.

DATED this ____ day of January, 2008, at Anchorage, Alaska.

_____
United States Magistrate Judge