UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA



RECEIVED
JAN 29 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA,    )
                             )
        Plaintiff,           )
                             )   Case No. 3:03-cr-00171-17-JKS
v.                           )
                             )
DEBORAH L. BELL,             )
                             )
        Defendant.           )
_____)

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(k)(1)

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

   _X_  The court has granted the motion of the government for dismissal without prejudice;
   ___  The court has granted the motion of the defendant for a Judgment of Acquittal;
   ___  A jury has been waived, and the court has found the defendant NOT GUILTY;
   ___  The jury has returned its verdict, finding the defendant NOT GUILTY;
   ___  (Other reason, or reasons, if any);
of the offense(s) of Conspiracy as charged in count(s) 1 of the Superseding Indictment.

**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

DATED at Anchorage, Alaska, this 29 day of January, 2008.

REDACTED SIGNATURE
_____
for  JAMES K. SINGLETON, JR.
     United States District Judge

[303cr171-17 jud disch.wpd]{DISCHARG.WPD*Rev.07/03}